**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) |
| | ) Case No.: 14-cv-7049 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Gary Feinerman |
| DOES 1-14, | ) |
| | ) |
| Defendants. | ) |

**STATUS REPORT**

Pursuant to the Court's Minute Order of April 15, 2015, Plaintiff's counsel submits this Status Report, solely prepared by Plaintiff's counsel because no counsel for a Defendant has filed an appearance.

1. Nature of the Case

    a. Attorneys of Record. Plaintiff's attorneys of record are Michael A. Hierl and Todd S. Parkhurst.

    b. Basis of Federal Jurisdiction. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 17 U.S.C.§101 et seq. and 28 U.S.C. §§1331 and 1338(a).

    c. Plaintiff's Claims. Plaintiff alleges that Defendants infringed its exclusive rights in the copyrighted motion picture at issue by computer-based peer-to-peer file transfer. In particular, Plaintiff alleges that Defendants used a BitTorrent file transfer protocol to reproduce and distribute the copyrighted motion picture to and among third parties. No answer has been filed and no counterclaims are pending.

d.  <u>Major Legal and Factual Issues</u>.  Whether or not each Defendant has infringed the federally registered copyright in the copyrighted motion picture at issue and the appropriate damages for that infringement.

e.  <u>Relief Sought by Plaintiff</u>.  Judgment against Defendants for willful violation of Plaintiff's federally registered copyright, actual or statutory damages, an order of impoundment concerning all infringing copies of Plaintiff's copyrighted work in Defendants' possession or control, attorney fees, litigation expenses and costs, and such further declaratory and injunctive relief as may be just and proper.

f.  <u>Disposition of Defendants.</u>  Doe Nos. 1, 5-7 and 9-11 have been dismissed. Settlement discussions are ongoing with additional Defendants.

2.  <u>Prior History, Discovery and Motions</u>

a.  <u>Substantive Rulings</u>.  The Court granted Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference on October 14, 2014.

Doe No. 3 filed a Motion to Quash on December 3, 2014 [15].  Plaintiff filed a response on December 29, 2014 [19].  A copy of the Court's Order of December 15, 2014 was emailed to Comcast on December 16, 2014.  Comcast acknowledged receipt by email on December 17, 2014 and stated that a copy of the Order would be forwarded to Doe No. 3.  Doe No. 3 did not file a reply by the January 12, 2015 deadline.  The Court denied the Motion to Quash on April 15, 2015 [29].

b.  <u>Discovery</u>.  Plaintiff issued a subpoena to Comcast on October 16, 2014 requesting the names and addresses of Doe Nos. 1-14.  Comcast complied during mid-April 2015.

c.  <u>Pending Motions</u>.  None.

    d. <u>Anticipated Motions</u>. No motions are anticipated at present.

3. <u>Trial</u>

    a. Plaintiff has requested a jury trial.

    b. No trial date has been set.

    c. Probably 2-4 days.

    d. No pretrial order has been filed or scheduled.

4. <u>Referrals and Settlement</u>

    a. This case has not been referred to a Magistrate Judge.

    b. Plaintiff's counsel has contacted Defendants; settlement discussions have taken place and are ongoing.

    c. Plaintiff does not request a settlement conference.

    d. Plaintiff consents to proceeding before a Magistrate Judge. No counsel for a Defendant has filed an Appearance.

Respectfully submitted,

Dated: June 9, 2015        DALLAS BUYERS CLUB, LLC

By:   s/ Michael A. Hierl         
     Michael A. Hierl (Bar No. 3128021)
     Todd S. Parkhurst (Bar No. 2145456)
     Hughes Socol Piers Resnick & Dym, Ltd.
     Three First National Plaza
     70 W. Madison Street, Suite 4000
     Chicago, Illinois 60602
     (312) 580-0100 Telephone
     (312) 580-1994 Facsimile
     mhierl@hsplegal.com

     Attorneys for Plaintiff
     Dallas Buyers Club, LLC

## <u>CERTIFICATE OF FILING</u>

       The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 9, 2015.


                           s/Michael A. Hierl